FILED
JUN 11 2024
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 1:24-cr-041 |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| JUSTIN TODD KRUM, | ) | T. 18 U.S.C. § 2252(a)(2) |
| | ) | T. 18 U.S.C. § 2252(a)(4)(B) |
| Defendant. | ) | T. 18 U.S.C. § 2252(b)(1) |
| | ) | T. 18 U.S.C. § 2252(b)(2) |
| | ) | T. 18 U.S.C. § 2253 |
| | ) | |

**THE GRAND JURY CHARGES:**

## COUNT 1
### (Receipt of Child Pornography)

From in or about March 2021 through January 2022, in the Southern District of Iowa, the defendant, JUSTIN TODD KRUM, did knowingly receive visual depictions that had been shipped and transported in interstate or foreign commerce, by any means including by computer, the producing of such visual depictions having involved the use of a minor, that is, any person under the age of eighteen years, engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), and said visual depictions being of such conduct.

This is a violation of Title 18, United States Code, Section 2252(a)(2) and 2252(b)(1).

1

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 2**</u>
**(Possession of Child Pornography)**

On or about May 14, 2024, in the Southern District of Iowa, the defendant, JUSTIN TODD KRUM, knowingly possessed one or more matters which contained visual depictions that had been shipped and transported in interstate and foreign commerce, by any means including by computer, the producing of such visual depictions having involved the use of a minor, that is, any person under the age of eighteen years, engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), and said visual depictions being of such conduct, and involving a prepubescent minor or a minor who had not attained the age of 12 years of age.

This is a violation of Title 18, United States Code, Section 2252(a)(4)(B) and 2252(b)(2).

THE GRAND JURY FINDS:

## NOTICE OF FORFEITURE

Upon conviction of the offense(s) alleged in Count(s) 1 and/or 2 of this Indictment, the defendant, JUSTIN TODD KRUM, shall forfeit to the United States his interest in the following property:

    a.    Any and all visual depictions of minors engaging in sexually explicit conduct, including any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, received, or possessed in violation of Title 18, United States Code, Chapter 110.

    b.    Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense including an Apple iPhone 14+ with IMEI 356485670178840.

This is pursuant to Title 18, United States Code, Section 2253.

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Shelly Sudmann
Assistant United States Attorney

3