

# MEMORANDUM

---

**To:** William P. Kelly, U.S. Magistrate Judge

**Cc:** AUSA/Defense Counsel

**From:** Jennifer Reynolds, U.S. Probation Officer

**Re:** Justin Todd Krum, Dkt. #1:24-CR-00041-001

**Date:** 06/17/2024

---

### NOTIFYING THE COURT

On May 17, 2024, the defendant was initially appeared before the Honorable Helen C. Adams. He was released on bond on May 22, 2024. As a condition of his bond, the defendant's travel is restricted to the Southern District of Iowa.

Mr. Krum has been offered an employment position with Warren Enterprise in Council Bluffs, Iowa. However, as part of his prescreening process, he needs to provide a drug test at WorkFit Incorporated., located at 140 South 77th Street, Omaha, Nebraska, on June 18, 2024.

**U.S. Probation Officer Action:**

This officer is requesting modification of the defendant's bond order to allow him to leave the Southern District of Iowa and provide the requested drug test for prescreening of a potential employer. The government has been notified and does not have an objection to allow this one-time occurrence.

**Background Information:**

The defendant was released on bond on May 22, 2024, and is pending an arraignment hearing for June 21, 2024.