# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Criminal No. 1:23-cr-041 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | **Motion to Continue Deadlines** |
| **JUSTIN TODD KRUM,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**To the Honorable Court:**

The Defendant, Justin Todd Krum, through undersigned Counsel, moves the Court for a Continuance of the deadlines in this matter for approximately .  In support of this Motion, Defendant states:

1. The Order setting Trial scheduled a Discovery Deadline for July 1, 2024, Reciprocal Discovery for July 11, 2024, Plea Entry for July 19, 2024, and Jury Trial for August 5, 2024.

2. Counsel for Defendant has not received discovery, and requires additional time to obtain and review discovery.

3. Counsel for Defendant has spoken with Assistant United States Attorney, Shelly M. Sudmann, about a 60 day continuance of the deadlines, and she has no objection to Defendant's Motion.

4. Continuing this matter serves the ends of justice and outweighs the best interests of the public and the Defendant in a speedy trial.

5. Defendant was advised by counsel of the reason for the Motion to Continue.

6. Defendant understands that any additional time granted by Court may be excluded from any calculation of time under the Speedy Trial Act, 18 U.S.C. § 3161 et seq,

7. Understanding the above, Defendant agrees to the filing of this Motion.

WHEREFORE, Defendant respectfully requests a continuance of all scheduled deadlines for 60 days.

Date: July 3, 2024

Respectfully submitted,

*/s/ Ryan M. Hoffman, #23183*
Bressman, Hoffman, Jacobs & Quandt
3569 Leavenworth Street
Omaha, NE 68144
(402) 333-4774
rhoffman@bhjlawyers.com

## Certificate of Service

The foregoing was served via the Court's e-filing system to: Shelly M. Sudmann, shelly.sudmann@usdoj.gov on July 3, 2024.

*/s/ Ryan M. Hoffman*